

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2015

No. 04-15-00477-CV

David **SAB**,
Appellant

v.

Kathryn **SAB**,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 14-09-12373 DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Appellant filed a motion seeking appellate review of the trial court's order sustaining appellee's contest to appellant's affidavit of indigence. *See* TEX. R. APP. P. 20.1(j). The trial court clerk and court reporter are therefore required to prepare, certify, and file the clerk's record and reporter's record pertaining to the issue of appellant's indigence without advance payment of costs. TEX. R. APP. P. 20.1(j)(3).

It is therefore ORDERED that the trial court clerk prepare, certify, and file a clerk's record that contains those portions of the trial court's record that pertain to the hearing on the contest to appellant's affidavit of indigence, including, at a minimum, the affidavit of indigence filed by appellant, the contest filed by appellee, the trial court's order sustaining the contest to the affidavit of indigence, and the appellant's motion for review of the court's order, along with any motions for extension of time to file the motion for review.

It is further ORDERED that the court reporter prepare, certify, and file a reporter's record for the hearing on the contest to appellant's affidavit of indigence. The reporter's record must include a transcription of the hearing, any and all exhibits admitted into evidence during the hearing, and the trial court's ruling with respect to the contest.

The clerk's record and reporter's record pertaining to the issue of appellant's indigence must be filed in this court **within ten (10) days** from the date of this order.

The appellate deadlines in this appeal shall be SUSPENDED pending resolution of whether appellant is entitled to proceed in this appeal without advance payment of costs.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court